Name and address:
Daniel M. Glassman, SBN 179302
K&L Gates LLP
1 Park Plaza, Twelfth Floor
Irvine, California 92614

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DOLPHIN ENTERTAINMENT, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-CV-04949-SB-PVC |
| v. | |
| NSL VENTURES, LLC, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Falco A. Muscante II      of    K&L Gates LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    K&L Gates Center
                                                                210 Sixth Avenue
(412) 355-6254      (412) 355-6501                              Pittsburgh, PA 15222-2613
*Telephone Number*    *Fax Number*

Falco.MuscanteII@klgates.com
*E-Mail Address*                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DOLPHIN ENTERTAINMENT, INC.

*Name(s) of Party(ies) Represented*      ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Glassman, Daniel M.      of    K&L Gates LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      1 Park Plaza
                                                                 Twelfth Floor
179302      (949) 253-0900      (949) 253-0902                   Irvine, California 92614
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

dan.glassman@klgates.com
*E-Mail Address*                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded

Dated  June 21, 2024

*(signed)* JBS

Hon. Stanley Blumenfeld, Jr.
U.S. District Judge

G–64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1